BERKOWITZ v. MITENTHAL et al.

(Supreme Court, Appellate Term. February 8, 1900.)

WORK AND LABOR—AMOUNT OF RECOVERY.

Where plaintiff, by his summons and unverified bill of particulars, claimed a certain sum for wages and commissions, but testified that he was to receive commissions only on such goods as were shipped, and that he could not tell whether all the items in his bill had been shipped or not, and that his sales were less than the sum claimed in his bill, it was reversible error to render judgment for the whole amount claimed.

Appeal from municipal court, borough of Manhattan, Fourth district.

Action by Max Berkowitz against Max Mitenthal and others. From a judgment for plaintiff, defendants appeal. Reversed.

Argued before FREEDMAN, P. J., and MacLEAN and LEVENTRITT, JJ.

Shafer & Levin, for appellants.

MacLEAN, J. In this action to recover for wages and commissions, the plaintiff, by summons and his unverified bill of items, claimed a sum certain as his due, and for the full amount judgment was rendered in his favor. He testified that, by his contract with the defendants, he was to receive commissions only on such goods as went out in response to his orders, and that he could not tell whether all the items included in his bill had been shipped or not. Furthermore, the amount of his sales, the basis of commissions' computation, was, as appears by his cross-examination, very materially less than the sum claimed in his bill, and for which he recovered. The judgment should be reversed.

Judgment reversed, and a new trial ordered, with costs to the appellants to abide the event.

FREEDMAN, P. J., concurs. LEVENTRITT, J., in result.